# STATEMENT OF 341(A) LOCATION

January 06, 2011

CRAIG ALAN MONTANARI
KAREN GAIL MONTANARI
14422 FARMWOOD DRIVE
MORENO VALLEY,  CA  92553

Re: CRAIG ALAN MONTANARI and KAREN GAIL MONTANARI
   Chapter 13 Case No.: 6:10-bk-50166-MJ
   341(a) Meeting of Creditors: 01/24/2011  8:00 AM
   **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

   NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced Chapter 13 case will be held at:

**Riverside Convention Center**
**3443 Orange Street**
**Citrus Herigate Room, 2nd Floor**
**Riverside, CA 92501**

   The date and time of the creditor meeting is unchanged.  The confirmation hearing will be held at the date, time and location previously noticed by the clerk of the court.

   Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
Rod Danielson, Chapter 13 Trustee

| In re:   CRAIG ALAN MONTANARI and KAREN GAIL MONTANARI | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-50166-MJ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 1/6/2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 01/06/2011 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

In re:   CRAIG ALAN MONTANARI and KAREN GAIL MONTANARI         **Chapter: 13**

     Debtors                                                      Case Number: 6:10-bk-50166-MJ

## PROOF OF SERVICE OF DOCUMENT CONTINUED

| | | |
|---|---|---|
| CRAIG ALAN MONTANARI<br>KAREN GAIL MONTANARI<br>14422 FARMWOOD DRIVE<br>MORENO VALLEY, CA 92553 | DOAN LAW FIRM, LLP<br>25401 CABOT ROAD<br>SUITE 119<br>LAGUNA HILLS, CA 92653 | CAPITAL ONE, N.A.<br>C/O AMERICAN INFOSOURCE<br>PO BOX 54529<br>CASE RIC10003427<br>OKLAHOMA CITY, OK 73154 |
| CAPITAL ONE, N.A.<br>C/O AMERICAN INFOSOURCE<br>PO BOX 54529<br>CASE RIC10012786<br>OKLAHOMA CITY, OK 73154 | CAPITAL ONE, N.A.<br>C/O AMERICAN INFOSOURCE<br>PO BOX 54529<br>OKLAHOMA CITY, OK 73154 | CAR MAX AUTO<br>SUPERSTORE<br>7980 AUTO DRIVE<br>RIVERSIDE, CA 92504 |
| CHASE HOME FINANCE<br>PO BOX 78052<br>PHOENIX, AZ 85062 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>PO BOX 2952<br>SACRAMENTO, CA 95812 | GMAC<br>Attention: Bankruptcy Dept.<br>1100 Virginia Drive<br>Fort Washington, PA 19034 |
| GLOBAL CREDIT<br>COLLECTION CORP<br>PO BOX 101928 DEPT 2417<br>BIRMINGHAM, AL 35210 | HFC - USA<br>PO BOX 3425<br>CASE RIC522034<br>BUFFALO, NY 14240 | INTERNAL REVENUE<br>SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19114 |
| J J Mac Intyre Co Inc<br>1801 California Ave<br>Corona, CA 92881 | LAW OFFICES OF<br>PATENAUDE & FELIX<br>4545 MURPHY CANYON ROAD<br>3RD FLOOR<br>CASE RIC10012786<br>SAN DIEGO, CA 92123 | LEGAL RECOVERY LAW<br>OFFICES<br>5030 CAMINO DE LA SIESTA<br>STE 340<br>CASE RIC10003427<br>SAN DIEGO, CA 92108 |
| PARIS AND PARIS<br>424 PICO BLVD<br>CASE RIC522034<br>SANTA MONICA, CA 90405 | STEPHANIE MONTANARI<br>14422 FARMWOOD DRIVE<br>MORENO VALLEY, CA 92553 | SUPERIOR COURT OF<br>CALIFORNIA<br>4050 MAIN STREET<br>CASE RIC10012786<br>RIVERSIDE, CA 92501 |
| SUPERIOR COURT OF<br>CALIFORNIA<br>4050 MAIN STREET<br>CASE RIC522034<br>RIVERSIDE, CA 92501 | SUPERIOR COURT OF<br>CALIFORNIA<br>4050 MAIN STREET<br>CASE RIC10003427<br>RIVERSIDE, CA 92501 | TOYOTA MOTOR CREDIT CO<br>P.O. BOX 8026<br>CEDAR RAPIDS, IA 52408 |
| WEST ASSET MANAGEMENT<br>2703 N HIGHWAY 75<br>SHERMAN, TX 75090 | Gregory J Doan<br>25401 Cabot Rd Ste 119<br>Laguna Hills, CA 92653 | KAREN GAIL MONTANARI<br>14422 FARMWOOD DRIVE<br>MORENO VALLEY, CA 92553 |